## Case No. 9,216.

### The MARY JANE VAUGHAN.

[Cited in Quinn v. The Transport, Case No. 11.516. Nowhere reported; opinion not now accessible.]